# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KRISNA CLARK,**
**ADC #136132**                                                                 **PLAINTIFF**

v.                          No. 1:15-cv-82 DPM-JTR

**JEREMY GLENN, Sergeant; and**
**KENYON JEFFREY, Sergeant**                                        **DEFENDANTS**

## ORDER

Motion to voluntarily dismiss, № 11, granted. Clark's complaint will be dismissed without prejudice. Clark may refile, if she still wants to, after she fully and properly exhausts her prison administrative remedies for each claim she intends to raise against each defendant. 42 U.S.C. § 1997e(a); *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003); *Graves v. Norris*, 218 F.3d 884, 885 (8th Cir. 2000). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2015