IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISNA CLARK,
ADC #136132                                                              PLAINTIFF

v.                              No. 1:15-cv-82 DPM

JEREMY GLENN, Sergeant; and
KENYON JEFFREY, Sergeant                                         DEFENDANTS

JUDGMENT

Clark's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 August 2015